S     IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DENNIS FULTS,** ) | |
| ) | |
| Petitioner/Defendant, ) | |
| ) | **CIVIL NO. 05-cv-439-MJR** |
| vs. ) | |
| ) | **CRIMINAL NO. 03-cr-30194** |
| **UNITED STATES of AMERICA ,** ) | |
| ) | |
| Respondent/Plaintiff. ) | |

## JUDGMENT

This action came before the Court for a ruling on Petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255.  The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** that the motion is **DENIED**, and this action is summarily **DISMISSED** with prejudice.  Judgment is entered in favor of Respondent and against Petitioner.  Petitioner is to take nothing from this action.

December 30, 2005                             By:     **s/ Michael J. Reagan**
*Date*                                                                *District Judge*